NO. 07-12-0251-CR
 NO. 07-12-0252-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 SEPTEMBER 19, 2012
 ______________________________

 THE STATE OF TEXAS,

 Appellant

 v.

 DISHON ALFRED RALEIGH, 

 Appellee
 _______________________________
 
 FROM THE 47[TH] DISTRICT COURT OF POTTER COUNTY;

 NOS. 62,426-A and 62,427-A; HONORABLE DAN A. SCHAAP, JUDGE
 _______________________________
 
 On Motion to Dismiss
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Appellant, The State of Texas, by and through its attorney, has filed a motion to dismiss these appeals because there no longer exist sufficient grounds to pursue a successful appeal in each case. Without passing on the merits of the case, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellants request, no motion for rehearing will be entertained, and our mandates will issue forthwith.

Do not publish. Per Curiam